IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>v.<br><br>**PHANELSON ANDRE**<br><br>Defendant | <u>INFORMATION</u><br><br>CRIMINAL NO. 24-332 (RAM)<br><br>VIOLATION:<br>8 U.S.C. §§ 1325(a)(1)<br>(ONE COUNT) |

<u>THE UNITED STATES ATTORNEY CHARGES:</u>

<u>COUNT ONE</u>
**Improper Entry by Alien**

On or about December 17, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**PHANELSON ANDRE,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), did knowingly and illegally enter the United States. All in violation of Title 8, *United States Code*, Sections 1325(a)(1).

W. STEPHEN MULDROW
United States Attorney

*[signature]*
Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

*[signature]*
Madeline M. Mas Saavedra
Assistant United States Attorney